UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEIL A. MCFARLAND,<br><br>             Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>             Defendant. | C20-1823 TSZ<br><br>MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES |

Having reviewed the parties' Joint Status Report, docket no. 7, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| BENCH TRIAL DATE (1 day) at **9:00 AM** on | **February 28, 2022** |
| Deadline for filing administrative record | April 2, 2021 |
| Plaintiff's opening dispositive motion due by | October 1, 2021 |
| Defendant's opening dispositive motion and response due by | November 5, 2021 |
| Plaintiff's response due by | December 3, 2021 |
| Defendant's reply due by | January 14, 2022 |
| Agreed pretrial order due by | February 11, 2022 |

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 1

| | |
|---|---|
| Trial briefs and proposed findings of fact and conclusions of law due by | February 14, 2022 |
| Pretrial conference scheduled for **10:00 AM** on | **February 18, 2022** |

The dates and deadlines set forth herein are firm and can be changed only by order of the Court. The Court will alter this case schedule only upon good cause shown. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system. A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first. The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

If this case settles, counsel shall immediately notify Chambers at (206) 370-8830; failure to do so constitutes grounds for sanctions. See Local Civil Rule 11(b).

A copy of this Minute Order shall be sent to all counsel of record.

Dated this 23rd day of February, 2021.

William M. McCool  
Clerk

s/ Gail Glass  
Deputy Clerk

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - 2